**Robert S. CHAMP, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 00–3338.

United States Court of Appeals, Federal Circuit.

DECIDED: March 15, 2001.

Before NEWMAN, SCHALL, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**In re Birgitta YGGE and Terje Vigmo**

No. 00–1325.

United States Court of Appeals, Federal Circuit.

DECIDED: March 15, 2001.

Before NEWMAN, LOURIE, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36